**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal Case No. 08-MJ-00101-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. KERWIN LOREN TOM,**

**Defendant.**

---

## ORDER AMENDING FINDINGS

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Court misread 18 U.S.C. 113(a)(7) during the Defendant's Preliminary Hearing, and upon review finds that probable cause was not established that the victim suffered seriously bodily injury pursuant to 18 U.S.C. 113(a)(6), and that 18 U.S.C. 113(a)(7) does not apply to the facts presented, therefore;

The Court **FINDS** that probable cause exists that the Defendant committed an Assault by Striking, Beating or Wounding, under 18 U.S.C. 113(a)(4).

**DATED: January 9, 2008.**

**BY THE COURT:**

**s/David L. West**
**United States Magistrate Judge**